UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Joseph A. Mulligan**
       Plaintiff,      Case No. 3:14-cv-01793 (WWE)
  V.

**Department of Developmental Services,**
*State of Connecticut,*
    Defendant.

## JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment doc. # 36 before the Honorable Warren W. Eginton, Senior United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on March 30, 2017 a ruling entered granting the relief requested.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendant, Department of Developmental Services, and the case is closed.

Dated at Bridgeport, Connecticut, this 21st day of March 2017.

                                    ROBIN D. TABORA, Clerk

                                    By   /s/ Kristen Gould
                                          Kristen Gould
                                          Deputy Clerk

EOD: 03/21/17